UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PHILANDER PHILIPPEAUX,

                                       **Petitioner,**               18-CV-5974 (RA)(SN)
                                                                      13-CR-277 (RA)-2

     -against-

                                                                      **ORDER**

UNITED STATES OF AMERICA,

                                       **Respondent.**
-----------------------------------------------------------------X

-----------------------------------------------------------------X

PHILANDER PHILIPPEAUX,

                                       **Plaintiff,**               19-CV-02205 (RA)(SN)

     -against-

ALVIN ERNEST ENTIN, et al.,

                                       **Defendants.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    On January 20, 2020, the Court received an email notice that Philander Philippeaux, who is currently incarcerated, sought to add the Chambers email to his contact list for exchanging electronic messages. The request is DENIED. Pursuant to the rules of this Court, Mr. Philippeaux may file any communication with the Court by mailing it to the Pro Se Intake, Thurgood Marshall Courthouse, 40 Foley Square, Room 105, New York, NY 10007.

**SO ORDERED.**

                                                                                       _[signature]_
                                                                   SARAH NETBURN
DATED:    January 21, 2020                      United States Magistrate Judge
                New York, New York

cc:        Philander Philippeaux (*By chambers*)