**USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4-15-20**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PHILANDER PHILIPPEAUX,

                Petitioner,

v.

UNITED STATES OF AMERICA,

                Respondent.

18-CV-5974 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    For the same reasons set forth in the Court's March 20, 2020 and April 8, 2020 Orders, Petitioner Philander Philippeaux's most recent motion to alter or amend the Court's order dated March 9, 2020 pursuant to Federal Rule of Civil Procedure 59(e), Dkt. 43, is denied. Petitioner is advised that his case in this Court under Docket No. 18-cv-5974 is closed. If Petitioner continues to file frivolous or meritless documents in this case, the Court will direct Petitioner to show cause why he should not be barred from filing further documents in this action. The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. 43. The Government shall mail a copy of this Order to Petitioner.

SO ORDERED.

Dated:    April 15, 2020
            New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge